SCANNED
DATE: 07/16/04
BY: _SLY_

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 04-11417-RCL

FILED
~~IN~~ OFFICE

2004 JUL 15  P 12: 23

U.S. DISTRICT COURT
DISTRICT OF MASS

CHRISTOPHER C. BITTNER, and
CAROL BITTNER,
    Plaintiffs,

v.

FRANK WILLIAMS, THEODORE A.
SAULNIER, In His Capacity as Chief
of the Tisbury Police Department, and
THE TOWN OF TISBURY,
    Defendants.

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of the defendant, Frank Williams in the above captioned matter.

                  Defendant, Frank Williams
                  By their attorney,

                  _____
                  Douglas I. Louison BBO# 545191
                  Regina M. Ryan BBO# 565246
                  Merrick, Louison & Costello
                  67 Batterymarch Street
                  Boston, MA 02110
                  (617) 439-0305

## CERTIFICATE OF SERVICE

I, Regina M. Ryan, hereby certify that on the 14th day of July, 2004, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to **Andrew Fischer, Esq.**, JASON & FISCHER, 47 Winter Street, #4, Boston, MA 02108

                  _____
                  Regina M. Ryan