UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11417-RCL

CHRISTOPHER C. BITTNER and CAROL BITTNER,

  Plaintiffs

v.

FRANK WILLIAMS, THEODORE A. SULNIER, In His Capacity as CHIEF OF THE TISBURY POLICE DEPARTMENT, and THE TOWN OF TISBURY,

  Defendants

DEFENDANT THEODORE A. SAULNIER'S L.R. 16.1(D)(3) CERTIFICATE

Now comes defendant Theodore A. Saulnier and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

COUNSEL TO DEFENDANT
CHIEF THEODORE A. SAULNIER,

_____
Theodore A. Saulnier

_____
Joseph L. Tehan, Jr. (BBO# 494020)
Katharine Goree Doyle (BBO # 634131)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

227103/METG/0577