UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

***

CHRISTOPHER C. BITTNER and
CAROL BITTNER,

      Plaintiffs

v.

FRANK WILLIAMS, THEODORE A. SAULNIER, in his capacity as CHIEF OF THE TISBURY POLICE DEPARTMENT, and THE TOWN OF TISBURY,

      Defendants

C.A. NO. 04-11417-RCL

***

## CERTIFICATE PURSUANT TO L.R.16.1(D)(3)

We, Christopher Bittner and Carol Bittner, certify that we have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

_____
Carol Bittner, Plaintiff

_____
Christopher Bittner, Plaintiff

Date: 11/26/04

bittnera\rule16cert

Plaintiff by counsel,

_____
Andrew M. Fischer
JASON & FISCHER
47 Winter Street, #4
Boston, MA 02108
(617) 423-7904
BBO# 167040