UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CHRISTOPHER C. BITTNER and CAROL BITTNER, | \* \* \* |
| Plaintiffs | \* \* |
| v. | \* \* C.A. NO. 04-11417-RCL |
| FRANK WILLIAMS, THEODORE A. SAULNIER, in his capacity as CHIEF OF THE TISBURY POLICE DEPARTMENT, and THE TOWN OF TISBURY, | \* \* \* \* \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)**

Now comes Counsel for the plaintiff and certifies that he has conferred with Attorneys Ryan and Tehan, pursuant to Rule 7.1, regarding plaintiffs' discovery requests.

Respectfully submitted,
Plaintiff by his counsel,

Date: 6/6/05

Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904

CERTIFICATE OF SERVICE

I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the defendants by mailing a copy, first class, postage prepaid to Regina M. Ryan, Merrick, Louison & Costello, 67 Batterymarch Street, Boston, MA 02110; and to Joseph L. Tehan Jr., Kopelman and Paige, PC, 31 Saint James Avenue, 7th Floor, Boston, MA 02116.

Date: 6/10/05

Andrew M. Fischer

bittner\7.1cert