UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11417-RCL

CHRISTOPHER C. BITTNER and CAROL
BITTNER,

                    Plaintiffs

v.

FRANK WILLIAMS, THEODORE A.
SAULNIER, In His Capacity as CHIEF OF THE
TISBURY POLICE DEPARTMENT, and THE
TOWN OF TISBURY,

                    Defendants

JOINT MOTION FOR ENTRY
OF PROTECTIVE ORDER

Now come the parties to the above-captioned action and hereby respectfully move for the

Court's entry and execution of the enclosed Protective Order, to whose terms the parties have

stipulated via the execution of same by their respective counsel.

As grounds therefor, the parties state that the proposed Order shall facilitate exchange of

materials during discovery while maintaining the parties' legitimate privacy interests.

PLAINTIFFS,

CHRISTOPHER C. BITTNER and
CAROL BITTNER,

By their attorney,

*Andrew Fischer/Kgd*

Andrew M. Fischer (BBO# 167040)
Jason & Fischer
47 Winter Street
Boston, MA 02108
(617) 423-7904

DEFENDANTS,

TOWN OF TISBURY, FRANK WILLIAMS
and CHIEF THEODORE A. SAULNIER,

By their attorneys,

*Katharine Doyle*

Joseph L. Tehan, Jr. (BBO# 494020)
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

FRANK WILLIAMS,

By their attorneys,

Regina Ryan /kgd

Douglas I. Louison (BBO#545191)
Regina M. Ryan (BBO#565246)
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA 02110
617-439-0305

252654/Metg/0577