UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11417-RCL

| | |
|---|---|
| CHRISTOPHER C. BITTNER and CAROL BITTNER,<br><br>   Plaintiffs<br>v.<br><br>FRANK WILLIAMS, THEODORE A. SAULNIER, In His Capacity as CHIEF OF THE TISBURY POLICE DEPARTMENT, and THE TOWN OF TISBURY,<br><br>   Defendants | JOINT MOTION TO MODIFY SCHEDULING ORDER PURSUANT TO LOCAL RULE 16.1(G) |

     Now come the parties and respectfully request that the Court modify the scheduling order pursuant to L.R. 16.1 (G) to allow the parties an additional month to complete discovery and extend deadlines in the litigation to accommodate the additional month. As grounds for this motion, the parties rely on the within Memorandum of Reasons.

MEMORANDUM OF REASONS

     The parties have not filed any previous motions seeking modifications of dates in the scheduling order. Counsel for both parties have had heavy litigation schedules. Although the parties have exchanged and responded to written discovery, they require additional time to complete discovery and allow the defendants to prepare motions for summary judgment, should defense counsel determine such motions are appropriate. In order to do so, the parties request that the scheduling order be modified as follows:

Factual Depositions Completed         May 15, 2006

Experts Disclosed                        July 15, 2006

2

| | |
|---|---|
| Independent Medical Examination | August 15, 2006 |
| Expert Depositions Completed by | October 15, 2006 |
| Motions Pursuant to Fed.R.Civ.P. 56 | December 31, 2006 |
| Responses to Fed.R.Civ.P.56 | January 1, 2007 |

      No dispositive motion shall be filed before the completion of discovery on October 15, 2006.

      WHEREFORE, the parties respectfully request that the Court modify the scheduling order as set forth herein.

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| By their attorney, | By their attorneys, |
| /s/Andrew M. Fischer | /s/Katharine Goree Doyle |
| Andrew M. Fischer (BBO#167040) | Joseph L. Tehan, Jr. (BBO# 494020) |
| Jason & Fischer | Katharine Goree Doyle (BBO# 634131) |
| 47 Winter Street | Kopelman and Paige, P.C. |
| Boston MA 02108 | 31 St. James Avenue |
| (617) 423-7904 | Boston, MA 02116 |
| | (617) 556-0007 |

270958/METG/0347