UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11417-RCL

| |
|---|
| CHRISTOPHER C. BITTNER and CAROL BITTNER, <br><br>     Plaintiffs <br> v. <br><br> FRANK WILLIAMS, THEODORE A. SAULNIER, In His Capacity as CHIEF OF THE TISBURY POLICE DEPARTMENT, and THE TOWN OF TISBURY, <br><br>     Defendants |

### NOTIFICATION OF CHANGE OF ADDRESS

TO THE CLERK OF COURTS:

Please note our firm's change of address, effective February 6, 2006:

> Kopelman and Paige, P.C.
> 101 Arch Street
> Boston, MA  02110-1109
> (617) 556-0007
> FAX (617) 654-1735

>                 /s/ Katharine Goree Doyle
> Katharine Goree Doyle (BBO# 634131)
> Kopelman and Paige, P.C.
> 101 Arch Street
> Boston, MA 02110-1109

CERTIFICATE OF SERVICE

I, Katharine Goree Doyle, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.
/s/Katharine Goree Doyle

273505/Metg/0577