UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11417-RCL

| | |
|---|---|
| CHRISTOPHER C. BITTNER and CAROL BITTNER,<br><br>     Plaintiffs<br>v.<br><br>FRANK WILLIAMS, THEODORE A. SAULNIER, In His Capacity as CHIEF OF THE TISBURY POLICE DEPARTMENT, and THE TOWN OF TISBURY,<br><br>     Defendants | LOCAL RULE 7.1<br>CERTIFICATE OF COMPLIANCE |

Now comes the undersigned defense counsel, and hereby certifies that she conferred with plaintiff's counsel and co-counsel for defendant Frank Williams in a good faith effort to resolve or narrow the issues set forth in the Defendants' Motion to Enlarge Time to File Pre-trial Conference Memorandum and both assented to the motion.

/s/ Katharine Goree Doyle
Joseph L. Tehan, Jr. (BBO# 494020)
Katharine Goree Doyle (BBO# 634131)
Kopelman and Paige, P.C.
101 Arch Street
12th Floor
Boston, MA 02110-1109
(617) 556-0007

273580/Metg/0577