UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11417-RCL

| | |
|---|---|
| CHRISTOPHER C. BITTNER and CAROL BITTNER,<br><br>            Plaintiffs<br>v.<br><br>FRANK WILLIAMS, THEODORE A. SAULNIER, In His Capacity as CHIEF OF THE TISBURY POLICE DEPARTMENT, and THE TOWN OF TISBURY,<br><br>            Defendants | DEFENDANTS' ASSENTED TO MOTION FOR AN ENLARGEMENT OF TIME TO FILE PRE-TRIAL <u>CONFERENCE MEMORANDUM</u> |

      Now come the defendants, with the assent of the plaintiff, and respectfully request that this Court grant leave to file the pre-trial memorandum on February 8, 2006.  As grounds therefor, the defendants state that the undersigned defense counsel had emergency surgery on January 25, 2006.  Defense counsel notified plaintiff's counsel and the Court in a timely manner of the necessity of the surgery by e-mail and telephone respectively.  The recovery time from the surgery precluded her from participating in any earlier preparation from the pre-trial memorandum.

WHEREFORE, the defendants, with the assent of the plaintiff respectfully request leave to file the pre-trial conference memorandum on February 8, 2006.

Assented To:

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| CHRISTOPHER C. BITTNER and CAROL BITTNER | TOWN OF TISBURY, THEODORE A. SAULNIER, and FRANK WILLIAMS |
| by their attorneys, | by their attorneys, |
| /s/Andrew M. Fischer<br>Andrew M. Fischer (BBO# 167040)<br>JASON & FISCHER<br>47 Winter Street, 4th Floor<br>Boston, MA 02108<br>(617) 439-0305<br>BB0# 167040 | /s/Katharine Goree Doyle<br>Joseph L. Tehan, Jr. (BBO# 494020)<br>Katharine Goree Doyle (BBO# 634131)<br>Kopelman and Paige, P.C.<br>101 Arch Street<br>12th Floor<br>Boston, MA 02110-1109<br>(617) 556-0007 |

DEFENDANT,

FRANK WILLIAMS,

By his co-counsel,

/s/Regina Ryan
Regina Ryan (BBO#565246)
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA 02110
(617) 423-7904

Date:  February 8, 2006

273558/Metg/0577