UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11417-RCL

| | |
|---|---|
| CHRISTOPHER C. BITTNER and CAROL BITTNER,<br><br>    Plaintiffs<br><br>v.<br><br>FRANK WILLIAMS, THEODORE A. SAULNIER, In His Capacity as CHIEF OF THE TISBURY POLICE DEPARTMENT, and THE TOWN OF TISBURY,<br><br>    Defendants | DEFENDANT FRANK WILLIAMS, THEODORE A. SAULNIER, AND TOWN OF TISBURY'S REQUEST FOR VOIR DIRE OF THE JURY |

Now come defendants Town of Tisbury, Chief Theodore A. Saulnier, and Frank Williams and hereby respectfully proposes the following voir dire questions for submission to the jury:

1.    Does any member of the jury panel know any of the parties or witnesses in this case?

2.    Has any member of the jury panel ever been arrested by a law enforcement official?

3.    Does any member of the jury panel have an immediate relative who has ever been arrested by a law enforcement official?

4.    Has any member of the jury panel ever had dealings of any nature with a law enforcement official in which he or she felt that the law enforcement official acted in a hostile, overly aggressive or otherwise inappropriate manner?

5.    Has any member of the jury panel ever sued a law enforcement official or municipality?

6.    Has any member of the jury panel ever been a witness in a lawsuit against a law

enforcement official or municipality?

7.    Does any member of the jury hold employment as a mental health professional?

8.    Has any member of the jury earned a degree, certification or other qualification to

provide counseling or mental health care?

DEFENDANTS,

By their attorneys,

/s/Katharine Goree Doyle
Joseph L. Tehan, Jr. (BBO #494020)
Katharine Goree Doyle (BBO#634131)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

273666/Metg/0577