UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-CV-11417-RCL

| | |
|---|---|
| CHRISTOPHER C. BITTNER and CAROL BITTNER,<br><br>          Plaintiffs<br><br>v.<br><br>FRANK WILLIAMS, THEODORE A. SAULNIER, In His Capacity as CHIEF OF THE TISBURY POLICE DEPARTMENT, and THE TOWN OF TISBURY,<br><br>          Defendants | DEFENDANTS TOWN OF TISBURY AND FRANK WILLIAMS' LOCAL RULE 7.1 CERTIFICATE OF CONFERRAL FOR MOTION <u>TO BIFURCATE TRIAL</u> |

Now comes the undersigned defense counsel, and hereby certifies that she conferred with plaintiff's counsel and co-counsel for defendant Frank Williams in a good faith effort to resolve or narrow the issues set forth in the Defendants' Motion to Bifurcate Trial at the status conference on February 9, 2006 and by email on March 1, 2006.

DEFENDANTS,

TOWN OF TISBURY,
FRANK WILLIAMS,

By their attorneys,

/s/Katharine I. Doyle
Joseph L. Tehan, Jr. (BBO# 494020)
Katharine I. Doyle (BBO# 634131)
Kopelman and Paige, P.C.
101 Arch Street
12th Floor
Boston, MA  02110-1109

275612/Metg/0577