UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*********************************************
| | |
|---|---|
| CHRISTOPHER C. BITTNER and | * |
| CAROL BITTNER, | * |
| | * |
| Plaintiffs | * |
| v. | * |
| | * C.A. NO. 04-11417-RCL |
| FRANK WILLIAMS, THEODORE A. | * |
| SAULNIER, in his capacity as CHIEF OF THE | * |
| TISBURY POLICE DEPARTMENT, and | * |
| THE TOWN OF TISBURY, | * |
| | * |
| Defendants | * |

*********************************************

## MOTION TO CONTINUE TRIAL

Now come the plaintiffs and requests and move this Honorable Court reschedule trial, presently scheduled for May 1, 2006, until a date later in May, preferably May 23, 2006, or any other date on May 8, 2006 or thereafter available to the court.

As reason, plaintiffs state that plaintiffs' counsel is a town meeting member in the town where he resides and is a candidate for reelection for that position. The town election is scheduled for May 2, 2006, something plaintiffs' counsel did not realize when trial date was proposed at the pretrial conference on February 9, 2006.

As further reason, plaintiffs state that not only does defense counsel agree, but that like rescheduling, as sought by plaintiff, also accommodates defense counsel and therefore makes the date change sought by plaintiffs, equally desirable to defense counsel.

Accordingly, plaintiffs move, with the assent of defense counsel, and requests that the court reschedule trial in this matter to May 23, 2006 or to such other date in May on or after May 8, 2006, as is available to the court.

|  | Respectfully submitted,<br>Plaintiffs by his counsel, |
|---|---|
| Date: March 14, 2006 | /s/ Andrew M. Fischer<br>Andrew M. Fischer<br>BB0# 167040<br>JASON & FISCHER<br>47 Winter Street<br>Boston, MA 02108<br>(617) 423-7904<br>afischer@jasonandfischer.com |

bittner\mtnconttrial